**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT OF THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | |
| ) | NO. 09-20948-TWD |
| MICHAEL GUNDERSON and ) | |
| PATRICIA GUNDERSON, ) | **STIPULATED ORDER RE RELIEF FROM** |
| ) | **STAY BY BENEFICIAL WASHINGTON INC.** |
| Debtors. ) | |

Based upon the stipulation of the Debtors, Michael Gunderson and Patricia Gunderson, and Beneficial Washington, Inc. (hereinafter "Beneficial"), by their attorneys and the Chapter 13 Trustee, and good cause appearing, IT IS HEREBY ORDERED:

THAT the automatic stay is terminated to permit Beneficial to take any and all actions necessary to defend the state court action of Gunderson v. Beneficial Washington, Inc., King County Superior Court number 11-2-269876-SEA.

THAT order shall apply to and be binding in any proceeding to which this proceeding is converted. This order is not stayed from enforcement pursuant to BR 4001.

///End of Order///

Stipulated to:
Bishop White Marshall & Weibel, P.S.                    Seattle Debt Law LLC


By: */s/ Daniel L. Hembree*                             By: */s/ Christina Latta Henry*
Daniel L. Hembree WSBA #37109                           Christina Latta Henry WSBA #31237
Attorneys for                                           Attorneys for Gunderson

STIPULATED ORDER RE RELIEF FROM STAY - 1          **BISHOP WHITE MARSHALL & WEIBEL, P.S.**
                                                  720 Olive Way, Suite 1201
                                                  Seattle, WA 98101
                                                  206/622-5306  Fax 206/622-0354