**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No. 09-20948 - TWD |
| Michael Gunderson and Patricia Gunderson, | Chapter: 13 |
| Debtors(s). | ORDER GRANTING MODIFICATION OF CHAPTER 13 PLAN |

15    **THIS MATTER** having come on for hearing before Michael Gunderson and Patricia

16  Gunderson ("Debtors") for post-confirmation approval of the amended plan filed on February 28,

17  2013 and then re-filed on March 6, 2013 to remove an error in Section IV.C.a, proper notice

18  having been given, the Court having examined the files and records, and having considered oral

19  argument, if any, it is

20      ORDERED that the amended plan filed March 6, 2013 – docket# [62], shall become the

     plan, pursuant to 11 U.S.C. § 1329(b); and

21      ORDERED that the terms of the previously entered Order Confirming Plan shall continue

22  to apply except to the extent such terms are inconsistent with the amended plan.

23                              // END OF ORDER //

24  Presented by:

25  HENRY, DEGRAAFF & MCCORMICK, P.S
26  /s/ Christina L. Henry
    Christina L. Henry, WSBA #31273, Attorney for Debtors

27

ORDER GRANTING MODIFICATION OF CHAPTER 13
PLAN

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH, STE 200
SEATTLE, WASHINGTON 98334
telephone (206) 3300595
fax (206) 400-7609

Case 09-20948-TWD    Doc 74    Filed 03/25/13    Ent. 03/25/13 09:45:03    Pg. 1 of 1